1  PETER R. BOUTIN, CASB No. 65261
   peter.boutin@kyl.com
2  MOLLY HARCOS TAMARIKI, CASB No. 233556
   molly.tamariki@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  450 Pacific Avenue
   San Francisco, California  94133
5  Telephone:   (415) 398-6000
   Facsimile:    (415) 981-0136
6
   Attorneys for Defendant CITIGROUP GLOBAL MARKETS INC.
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| GEORGE PUTNAM, an individual, | Case No. CV 09 2230 CW |
| Plaintiff, | **STIPULATION AND ORDER TO (1) CONTINUE THE SEPTEMBER 1, 2009 CASE MANAGEMENT CONFERENCE, (2) STAY DISCOVERY, AND (3) CONTINUE THE DEADLINE TO RESPOND TO THE COMPLAINT PENDING COMPLETION OF EARLY NEUTRAL EVALUATION** |
| vs. | |
| CITIGROUP GLOBAL MARKETS INC., a New York corporation; and DOES 1 through 10, inclusive, | |
| Defendant. | Date:   September 1, 2009 (CMC) <br> Time:   2:00 <br> Place:  Courtroom 2, <br> Judge:  *Honorable Claudia Wilken* |

20         IT IS HEREBY STIPULATED by and between Plaintiff GEORGE

21  PUTNAM ("Plaintiff") and Defendant CITIGROUP GLOBAL MARKETS INC.

22  ("Citigroup"), through their respective attorneys of record, as follows:

23         WHEREAS, on August 18, 2009, the Court ordered the parties to

24  participate in Early Neutral Evaluation ("ENE") "90 days from the date" of its Order

25  (*i.e.*, on or before November 17, 2009),

26         WHEREAS, the Case Management Conference ("CMC") is currently

27  scheduled for September 1, 2009,

28                                    - 1 -                          KYL_SF488134
   STIPULATION AND [PROPOSED] ORDER TO (1) CONTINUE THE SEPTEMBER 1, 2009 CASE
   MANAGEMENT CONFERENCE, (2) STAY DISCOVERY, AND (3) CONTINUE THE DEADLINE TO
   RESPOND TO THE COMPLAINT PENDING COMPLETION OF EARLY NEUTRAL EVALUATION -
   Case No. CV 09 2230 CW

1  WHEREAS, the response to the complaint is due August 31, 2009
2  (pursuant to the parties' stipulation on August 11, 2009),
3  WHEREAS, the parties hope to resolve this case in ENE,
4  WHEREAS, the resolution of this case in ENE would eliminate the need for
5  (1) the CMC, (2) discovery, and (3) Defendant's Motion to Compel Arbitration,
6  WHEREAS, this is the parties' first request for an extension of a Court-
7  ordered deadline,
8  WHEREAS, the parties seek to attempt to resolve this matter without the
9  expenditure of unnecessary discovery, costs, or Court resources,
10 NOW, THEREFORE, the undersigned parties hereby stipulate to, and
11 request the Court's approval of the following:
12 • The September 1, 2009 CMC is continued until after the parties
13 complete the ENE;
14 • On or before November 17, 2009, the parties will notify the Court of
15 the (1) status of the ENE, and/or (2) the need to reschedule the CMC.  (The deadlines for
16 the Rule 26(f) Report, Joint Case Management Statement and Initial Disclosures will be
17 triggered by the date of the rescheduled CMC, pursuant to F.R.C.P., Rule 26(a)(1).)
18 • The parties agree that neither party shall engage in discovery until
19 after the completion of the ENE.  If the parties are unable to resolve the case in ENE,
20 the parties agree that neither party shall engage in discovery until the Court rules on
21 the Defendant's Motion to Compel Arbitration.
22 • The parties agree that Defendant shall not move to compel
23 arbitration or otherwise respond to the Complaint until the ENE process is completed.
24 ///
25 ///
26 ///
27 ///
28

- 2 -  KYL_SF488134

STIPULATION AND [PROPOSED] ORDER TO (1) CONTINUE THE SEPTEMBER 1, 2009 CASE MANAGEMENT CONFERENCE, (2) STAY DISCOVERY, AND (3) CONTINUE THE DEADLINE TO RESPOND TO THE COMPLAINT PENDING COMPLETION OF EARLY NEUTRAL EVALUATION - Case No. CV 09 2230 CW

1  If the parties are unable to resolve the case in ENE, the response to the Complaint will
2  be due 20 days after the parties file a notice informing the Court that they were not able
3  to resolve the case in ENE.

4

5  DATED: August 25, 2009            /s/ Justin Berger
                                      Justin T. Berger
6                                     COTCHETT, PITRE & McCARTHY
                                      Attorneys for Plaintiff GEORGE PUTNAM
7

8

9  DATED: August 25, 2009            /s/ Molly Harcos Tamariki
                                      Peter R. Boutin
10                                    Molly Harcos Tamariki
                                      KEESAL, YOUNG & LOGAN
11                                    Attorneys for Defendant CITIGROUP
                                      GLOBAL MARKETS INC.
12

13
   IT IS SO ORDERED.  THE CASE MANAGEMENT CONFERENCE IS CONTINUED
14
   TO DECEMBER 1, 2009, AT 2:00 P.M.
15

16 DATED: August  27, 2009
                                      _____
17                                    HON. CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27
                                      - 3 -                          KYL_SF488134
28 STIPULATION AND [PROPOSED] ORDER TO (1) CONTINUE THE SEPTEMBER 1, 2009 CASE
   MANAGEMENT CONFERENCE, (2) STAY DISCOVERY, AND (3) CONTINUE THE DEADLINE TO
   RESPOND TO THE COMPLAINT PENDING COMPLETION OF EARLY NEUTRAL EVALUATION -
   Case No. CV 09 2230 CW