PETER R. BOUTIN, CASB No. 65261
peter.boutin@kyl.com
CHRISTOPHER A. STECHER, CASB No. 215329
christopher.stecher@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendant
CITIGROUP GLOBAL MARKETS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PUTNAM, an individual, | Case No. CV 09 2230 CW-ENE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE DECEMBER 1, 2009 CASE MANAGEMENT CONFERENCE AS MODIFIED** |
| vs. | |
| CITIGROUP GLOBAL MARKETS, INC., a New York corporation; and DOES 1 through 10, inclusive, | Date:   December 1, 2009 (CMC) Time:   2:00 p.m. Place:   Courtroom 2, Judge:   *Honorable Claudia Wilken* |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff GEORGE PUTNAM ("Plaintiff") and Defendant CITIGROUP GLOBAL MARKETS INC. ("Citigroup"), through their respective attorneys of record, as follows.  Plaintiff and Citigroup are collectively referred to hereinafter as the "Parties."

WHEREAS, on November 5, 2009, the Parties and their counsel

participated in an Early Neutral Evaluation ("ENE") session; and

WHEREAS, the matter did not settle during the ENE session; and

WHEREAS, pursuant to the Parties' prior stipulation and the Court's August 27, 2009 Order upon the Parties' Stipulation [Docket No. 16], Citigroup's response to the Complaint is due 20 days after the filing of the Notice that is being filed concurrently herewith; and

WHEREAS, Citigroup intends to file a Motion to Compel Arbitration within the current deadline to respond; and

WHEREAS, Plaintiff currently intends to oppose Citigroup's anticipated Motion to Compel Arbitration; and

WHEREAS, the Case Management Conference ("CMC") is currently scheduled for December 1, 2009; and

WHEREAS, the CMC was previously continued once to allow the Parties to complete their ENE session.

NOW, THEREFORE, the undersigned Parties hereby stipulate to, and request the Court's approval of the following:

- Subject to the Court's approval, the December 1, 2009 CMC will be continued until after the Court rules on Citigroup's Motion to Compel Arbitration.

- Citigroup shall file its Motion to Compel Arbitration or any other response to the Complaint by no later than December 9, 2009. The hearing on Citigroup's Motion shall be noticed in accordance with Civil Local Rule 7-2 and this Court's Standing Order.

- Plaintiff's Opposition and Citigroup's Reply will be due in accordance with Civil Local Rule 7-3.

- If the case is not ordered to arbitration and remains on the Court's docket, the deadlines for the Rule 26(f) Report, Joint Case Management Statement and Initial Disclosures will be triggered by the date of the rescheduled CMC, pursuant to

F.R.C.P., Rule 26(a)(1).

**IT IS SO STIPULATED, EXCEPT THE MOTION TO COMPEL ARBITRATION WILL BE DECIDED ON THE PAPERS.  THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO APRIL 27, 2010, AT 2:00 P.M.**

DATED:  November 20, 2009

/s/ Justin Berger
Justin T. Berger
COTCHETT, PITRE & McCARTHY
Attorneys for Plaintiff GEORGE PUTNAM

DATED:  November 20, 2009

/s/ Christopher A. Stecher[1]
Peter R. Boutin
Christopher A. Stecher
KEESAL, YOUNG & LOGAN
ATTORNEYS FOR DEFENDANT
CITIGROUP GLOBAL MARKETS, INC.

## ORDER

IT IS SO ORDERED.

DATED:  November 24, 2009

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

---

[1] I hereby attest that all parties to this Stipulation have signed this Stipulation as indicated by a "conformed" signature (/s/) and that Keesal, Young & Logan has all holograph signatures in its files.